# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRENDA S. RANDOLPH,**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | **Case No. 2:12-cv-03800-RDP** |
| ) | |
| **NORTHEAST LEGAL GROUP,**  ) | |
| **LLC,**  ) | |
| ) | |
| **Defendant.**  ) | |

## O R D E R

On June 16, 2014, the court entered a Memorandum Opinion and Judgment entering judgment in favor of Plaintiff, Brenda Randolph, and against Defendant, Northeast Legal Group, LLC, in the amount of $1000 in statutory damages and $72,000 in actual damages. The court remanded the case to the Magistrate Judge to conduct a hearing on Plaintiff's mental anguish and emotional distress damages and to award attorney's fees and costs to Plaintiff in an amount to be determined. (Doc. 31 & 32).

On September 29, 2014, Plaintiff filed a Motion to Withdraw Mental Anguish and Emotional Distress Damages and to Withdraw Her Demand for Attorney's Fees and Costs. (Doc. 34). It is **ORDERED** that Plaintiff's motion is due to be and

hereby is **GRANTED**, and Plaintiff's claims for metal anguish and emotional distress damages, and her request for attorney's fees and costs, are considered **WITHDRAWN** by the court.  Judgment having already been entered by the court for $1000 in statutory damages and $72,000 in actual damages, the Clerk is **DIRECTED** to **CLOSE** this action.

      **DONE** and **ORDERED** this    30th    day of September, 2014.

                                  **R. DAVID PROCTOR**
                                  UNITED STATES DISTRICT JUDGE